479 A.2d 1149

Commonwealth v. Waring, Appellant.

Submitted May 4, 1984. Edward M. Kopanski, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Judgment of sentence affirmed.